

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00323-CR

Jeremiah Joe Anthony **VILLAREAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR0405
Honorable Velia J. Meza, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED April 2, 2025.

_____
Lori I. Valenzuela, Justice